UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANESSA THOMPSON ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.   1:24-cv-00794-KES-EPG<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 17) |

On October 17, 2025, Plaintiff Anessa Thompson and United States of America filed a Stipulation of Dismissal. (ECF No. 17).  The parties stipulated that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), this action be dismissed in its entirety with prejudice and each party bear its own costs, expenses, and fees. (*Id.*).

Accordingly, the stipulation for dismissal is GRANTED. This action has been terminated with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and each party shall bear their own costs and fees.

The Clerk of the Court is directed to close this case.
IT IS SO ORDERED.

Dated:   **October 20, 2025**            /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1